UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR RAY CRAWFORD,

    Petitioner,

    v.

MICHAEL S. EVANS, Warden,

    Respondent.
_____/

No. C 08-2694 PJH

**ORDER TO SHOW CAUSE;**

Petitioner Victor Ray Crawford ("Crawford"), a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## BACKGROUND

On January 28, 1982, Crawford was convicted by a jury in the San Francisco County Superior Court of: (1) willful kidnaping to commit robbery; (2) attempted robbery; (3) lewd and lascivious acts against a person under the age of fourteen; (4) oral copulation of a person under the age of fourteen; (5) sodomy of a person under the age of fourteen; and (6) assault by means of force likely to produce great bodily injury. On February 25, 1982, the trial court sentenced Crawford to life imprisonment on the first count, eight years imprisonment on counts four and five to run consecutively to each other and to the life term on count one, and to concurrent prison terms on the remaining counts, for a total term of life imprisonment plus sixteen years.

Crawford subsequently filed a timely notice of appeal with the California Court of Appeal, but his appellate counsel failed to file an opening brief, and the appeal was dismissed and the remittitur issued. Crawford's appellate counsel was subsequently

suspended from the practice of law, in part due to his inaction on Crawford's appeal. On December 7, 2005, the California Court of Appeal recalled its remittitur and reinstated Crawford's appeal. On December 19, 2006, the appellate court affirmed Crawford's conviction, and the California Supreme Court denied review on February 28, 2007. Crawford filed this federal habeas petition on May 28, 2008.

## DISCUSSION

### A.  Legal Standard

This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

### B.  Petitioner's Legal Claims

Crawford raises two claims for federal habeas relief: (1) that he was denied due process because there was insufficient evidence that the victim was moved for the purpose of robbery or attempted robbery to support the willful kidnaping to commit robbery charge; and (2) that he was denied due process because there was insufficient evidence that he had a specific intent to rob the victim at the time of kidnaping to support the willful kidnaping to commit robbery charge. Liberally construed, the claims appear colorable under 28 U.S.C. § 2254 and merit an answer from respondent.

## CONCLUSION

For the foregoing reasons and for good cause shown,

1. Petitioner is ordered to pay the filing fee required in habeas cases.

2. The clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto upon respondents. The clerk shall also serve a copy of this order on petitioner.

3.  Respondents shall file with the court and serve on petitioner, within 60 days of the date of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition.

4.  If the petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within 30 days of his receipt of the answer.

Dated: June 2, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: JUN 03 2008

08-2694 PJH
(OSC, DOCS 1+2)

Sent To: Warden: Michael S. Evans, SVSP.
Street, Apt. No.; or PO Box No.: PO BOX 1020
City, State, ZIP+4: Soledad, CA 93960-1020

7006 0810 0001 9709 2811

PS Form 3800, June 2002    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — JUN 0 5 2008

08-2694 PJH ) (OSC - DOCS 1, 2 )

Sent To: State Attorney General's Office
Street, Apt. No.; or PO Box No. 455 Golden Gate Avenue, Suite 11000
City, State, ZIP+4 San Francisco, CA 94102

7006 0810 0001 7045 2825

PS Form 3800, June 2002     See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **State Attorney General's Office**
   **455 Golden Gate Avenue, Suite 11000**
   **San Francisco, CA 94102**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  6-4-0V

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0001 9709 2828

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): H. O. Taz<br>C. Date of Delivery: 6-6-08 |
| 1. Article Addressed to:<br>Warden: Michael S. Evans<br>Salinas Valley State Prison<br>P.O. Box 1020<br>Soledad, CA 93960-1020 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7006 0810 0001 9709 2811 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540