UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR RAY CRAWFORD,

    Petitioner,

    v.

MICHAEL S. EVANS, Warden,

    Respondent.
_____/

No. C 08-2694 PJH

**JUDGMENT**

    Pursuant to the order denying Crawford's federal habeas petition under 28 U.S.C. § 2254 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 14, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge